UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ebony Durr,

    Plaintiff,

v.                                      Case No. 12-11840

Bank of America, NA, and              Honorable Sean F. Cox
First Franklin Financial Corporation,

                                                   Magistrate Judge Mark A. Randon

    Defendants.
_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

Plaintiff brought this *pro se* action claiming that Defendants demanded unnecessary escrow payments, violated her loan modification agreement, and forced her into foreclosure.

Thereafter, Defendants filed their joint Motion for Judgment on the Pleadings or, alternatively, Summary Judgment. (Doc. Entry #18). This Court referred Defendants' motion to Magistrate Judge Mark A. Randon for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

In a Report and Recommendation ("R&R") issued on October 22, 2013, Magistrate Judge Randon recommended that this Court GRANT Defendants' motion and dismiss Plaintiff's Complaint with prejudice. (Doc. Entry #26).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de*

*novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R.

The Court hereby ADOPTS the October 22, 2013 R&R.  IT IS ORDERED that Defendants' Motion for Judgment on the Pleadings is GRANTED.

IT IS SO ORDERED.


Dated:  November 15, 2013                         S/ Sean F. Cox
                                                  Sean F. Cox
                                                  U. S. District Court Judge


I hereby certify that on November 15, 2013, the foregoing document was served upon counsel of record by electronic means and upon Ebony Durr by First Class Mail at the address below:

Ebony Durr
24611 Oneida
Oak Park, MI 48237

Dated:  November 15, 2013                         S/ J. McCoy
                                                  Case Manager